IN the INTEREST OF: M.P., minor,

Appeal of: J.A.C.

337 WDA 2017

Superior Court of Pennsylvania.

09/07/2017

CP–02–AP–0000073–2016
(Allegheny)

Affirmed

COM.

v.

WILSON, T.

3079 EDA 2015

Superior Court of Pennsylvania.

9/8/2017

CP–51–CR–0014996–2013
(Philadelphia)

Affirmed

COM.

v.

FORD, P.

3294 EDA 2015

Superior Court of Pennsylvania.

09/08/2017

CP–51–CR–0009903–2011 (Philadelphia)

Affirmed

COM.

v.

AVERGUN, J.

3571 EDA 2015

Superior Court of Pennsylvania.

09/08/2017

CP–51–CR–0004478–2010 (Philadelphia)

Affirmed

COM.

v.

PAYNE, S.

655 EDA 2016

Superior Court of Pennsylvania.

9/8/2017

CP–51–CR–0008200–2014
(Philadelphia)

Affirmed

COM.

v.

WILLIAMS, R.

730 EDA 2016

Superior Court of Pennsylvania.

09/08/2017

CP–51–CR–0011614–2007 (Philadelphia)

Affirmed